# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sagar Sagar,<br>Petitioner,<br>v.<br>Eric Rokosky, et al.,<br>Respondents. | No. CV-26-05785-PHX-ASB<br><br>**ORDER** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) There is full consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). (Doc. 3.) The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 5.) Respondents timely filed a "Response to Petition for Writ of Habeas Corpus (Doc. 1)" on August 25, 2026. (Doc. 8.) In the Response, Respondents state: "Respondents do not oppose the habeas petition or Petitioner's requested relief for release from custody." (Doc. 8.) Petitioner immediately filed a Reply, asserting that "there is no longer any dispute between the parties as to the relief of Petitioner's release from custody" and requesting that the Court grant immediate release from custody. (Doc. 9.) The Court accepts Respondent's concession as non-opposition to granting the Petition.[1]

//

[1] The Petition asks the Court for other relief, such as an award of costs and reasonable attorneys' fees. (*See* Doc. 1 at 24-25.) However, Petitioner does not provide sufficient support for these requests. (*See id.*) Furthermore, Petitioner asserts in his Reply that "there is no longer any dispute between the parties" and "no further briefing or hearing appears necessary[.]" (Doc. 9 at 2.) Accordingly, the Court will deny these requests as moot.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is denied as moot.

(2) Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

(3) Respondents must provide a notice of compliance within **two days** of this Order.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 25th day of August, 2026.

Honorable Alison S. Bachus
United States Magistrate Judge